541 A.2d 993

**STATE of Maryland**

v.

**Ronnie PARKER.**

**No. 171, Sept. Term, 1987.**

Court of Appeals of Maryland.

June 7, 1988.

Richard B. Rosenblatt, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. and Ann E. Singleton, Asst. Atty. Gen., all on brief), Baltimore, for appellant.

José Felipé Anderson, Asst. Public Defender (Alan H. Murrell, Public Defender, both on brief), Baltimore, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 7th day of June, 1988

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.